■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MIGUEL DUVERGE, Appellant.—Appeal from judgment, Supreme Court, Bronx County (Burton Hecht, J.), rendered on October 2, 1984, unanimously dismissed as nonappealable. Were we not dismissing this appeal, we would affirm. No opinion. Concur—Murphy, P. J., Sullivan, Ross, Asch and Milonas, JJ.

■ NEW YORK STATE RESTAURANT ASSOCIATION, INC., et al., Appellants, v CITY OF NEW YORK et al., Respondents.—Order, Supreme Court, New York County (Eugene Wolin, J.), entered on October 29, 1985, unanimously affirmed for the reasons stated by Eugene Wolin, J., at Special Term, without costs and without disbursements. Concur—Murphy, P. J., Sullivan, Ross, Asch and Milonas, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEROME GARLAND, Appellant.—Judgment, Supreme Court, New York County (Sheldon Levy, J.), rendered on May 7, 1985, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (5). No opinion. Concur—Sullivan, J. P., Ross, Lynch, Milonas and Rosenberger, JJ.

■ ELIZABETH WILLIGER, Appellant, v LENOX HILL HOSPITAL et al., Respondents.—Judgment, Supreme Court, New York County (Leonard Cohen, J.), entered on December 21, 1984, unanimously affirmed, without costs and without disbursements. Motion by appellant to enlarge brief denied. No opinion. Concur—Kupferman, J. P., Sandler, Fein, Kassal and Wallach, JJ.